UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SACV 19-00680 AG (KESx) | Date | April 26, 2019 |
|---|---|---|---|
| Title | MY CHOICE SOFTWARE, LLC, ET AL. v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Melissa Kunig | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION

Plaintiffs filed this breach of contract case in federal court, asserting diversity jurisdiction. The Court has concerns about whether it has jurisdiction over this case.

The Court must jealously guard its jurisdiction. *Olmos v. Residential Credit Sols., Inc.*, 92 F. Supp. 3d 954, 955 (C.D. Cal. 2015). Courts have diversity jurisdiction over cases where the parties are diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Plaintiffs' complaint contains insufficient facts to support the statement that "[t]he amount in controversy exceeds the sum or value of $75,000, including defense expenses sought in this suit, exclusive of interests and costs." (Compl. (Dkt. 1) ¶ 7.)

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE as to why this case should not be dismissed for lack of jurisdiction. Plaintiffs may submit a brief of no more than 4 pages by **May 3, 2019**.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mku | |