JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MY CHOICE SOFTWARE, LLC a California limited liability company, and NATHAN DAVID MUMME, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 8:19-cv-00680-AG-KES<br><br>[~~PROPOSED~~] JUDGMENT GRANTING DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT<br><br>[Fed. R. Civ. P. 56]<br>Date: August 12, 2019<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Complaint Filed: April 9, 2019 |

Defendant Travelers Casualty Insurance Company of America's ("Travelers") motion for summary judgment came on regularly for hearing before this Court on August 12, 2019. After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT Travelers' motion for summary judgment is GRANTED on the grounds that:

As supported by the uncontroverted facts presented by Travelers in support of its motion, and as a matter of law, Travelers owed no duty to defend plaintiffs in the underlying action, captioned *My Choice Software, LLC, et al., v. Trusted Tech Team, Inc., et al.*, Orange County Superior Court, Case No. 30-2017-00916709-CU-CJC. Absent Travelers' breach of duty to defend plaintiffs, plaintiffs' causes of action for breach of contract, equitable contribution or equitable subrogation, and breach of the covenant of good faith and fair dealing cannot be sustained.

JUDGMENT in favor of Travelers and against plaintiffs is hereby entered. This action is dismissed with prejudice. Travelers shall recover its costs.

DATED this 5th day of August, 2019

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE